UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARCUS LOMAX | CIVIL ACTION |
| V. | NO. 16-17825 |
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC ET AL | SECTION "H"(4) |

# JUDGMENT

Considering the evidence admitted at trial, the arguments of counsel and the Court's findings of fact and conclusions of law (Doc. 75);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be awarded in favor of Plaintiff on his claims for Jones Act negligence, unseaworthiness, and maintenance and cure against Defendant Marquette Transportation Company Gulf-Inland, LLC. Plaintiff is entitled to damages in the following amounts:

Past loss of earnings: $138,835.50

Loss of future earning capacity: $318,106.64

Future medical expenses: $65,250

General damages: $112,500

TOTAL DAMAGES AWARD: $634,692.14

Signed in New Orleans, Louisiana, this 3rd day of January, 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE